

# JACOB LAUFER P.C.
### 65 BROADWAY
### SUITE 1005
### NEW YORK, NEW YORK 10006

**MEMO ENDORSED**

JACOB LAUFER*

SHULAMIS PELTZ
AARON TWERSKY

TELEPHONE (212) 422-8500

FAX (212) 422-9038

* Also admitted in the District of Columbia

April 30, 2012



Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *U.S. v. Shirin Kalimi*, 09 Cr. 00940 (TPG) - 2

Dear Judge Griesa,

I write on behalf of our client, Shirin Kalimi/Siouny, to respectfully request that she be permitted to file her sentencing memorandum under seal. Ms. Kalimi's memorandum contains personal information which we would urge that the Court not require be filed publicly. Ms. Kalimi's sentencing is scheduled for May 11, 2012.

I have discussed this request with Assistant U.S. Attorney Amy Lester, who advised that the Government consents to this request.

Thank you for Your Honor's consideration of this request.

Very truly yours,

/s/ Shulamis Peltz

Shulamis Peltz

cc: A.U.S.A. Amy Lester, via email
    U.S.P.O. Katrina Minus-Shepard via email

*Approved.*
*Thomas P. Griesa*
5/2/12   USDJ